

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EMN:AH/SPN/KDE
F.#2013R01206

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 18, 2016

By Hand and ECF

The Honorable Raymond J. Dearie
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Hawit, et al.
                   Criminal Docket No. 15-252 (RJD)

Dear Judge Dearie:

        The government respectfully submits this letter in response to the Court's order dated April 15, 2016, directing the government to file redacted transcripts of the pleas entered by defendants Jeffrey Webb, Alejandro Burzaco, and José Margulies.  See ECF

Docket Entry No 311.    The redacted transcripts are attached hereto as Exhibits A (Webb), B (Burzaco) and C (Margulies).

                                      Respectfully submitted,

                                      ROBERT L. CAPERS
                                      United States Attorney
                                      Eastern District of New York

By:        /s/
              Evan M. Norris
              Amanda Hector
              Samuel P. Nitze
              Keith D. Edelman
              Assistant U.S. Attorneys
              718-254-7000