December 14, 2018

*By ECF*

The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East, N631
Brooklyn, NY 11201

    Re:    United States v. Jeffrey Webb, et al., criminal docket no. 15-252 (RJD)

Your Honor:

    I respectfully request that the sentencing date for my client, Jose Margulies, currently set for January 14, 2019, be adjourned to a date in May 2019, that is convenient for the Court. I have consulted with counsel for the Government, Assistant U.S. Attorney Keith Edelman, who consents to this request.

    Respectfully submitted,

By:    s/ Andrés Rivero
    ANDRÉS RIVERO
    JORGE MESTRE
    RIVERO MESTRE LLP
    2525 Ponce de Leon Boulevard
    Suite 1000
    Miami, Florida 33134
    Telephone: (305) 445-2500
    Fax: (305) 445-2505
    Email: arivero@riveromestre.com
           jmestre@riveromestre.com
           eserve@riveromestre.com

cc: Counsel for the Government