April 29, 2019

*By ECF*

The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East, N631
Brooklyn, NY 11201

    **Re:**    United States v. Jeffrey Webb, et al., criminal docket no. 15-252-PKC-RML

Your Honor:

    I respectfully request that the sentencing date for my client, Jose Margulies, currently set for May 15, 2019, be adjourned to a date in September 2019 that is convenient for the Court. I have consulted with counsel for the Government, Assistant U.S. Attorney Keith Edelman, who consents to this request.

    Respectfully submitted,

By:    s/ Andrés Rivero
        ANDRÉS RIVERO
        JORGE MESTRE
        RIVERO MESTRE LLP
        2525 Ponce de Leon Boulevard
        Suite 1000
        Miami, Florida 33134
        Telephone: (305) 445-2500
        Fax: (305) 445-2505
        Email: arivero@riveromestre.com
              jmestre@riveromestre.com
              eserve@riveromestre.com

cc: Counsel for the Government