

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

KDE
F. #2015R00707

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 27, 2019

By ECF

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. José Margulies
               Criminal Docket No. 15-252 (PKC)

Dear Judge Chen:

      The defendant José Margulies's sentencing is currently scheduled for December 2, 2019.  The government respectfully requests that the sentencing be adjourned until January 21, 2019.  Counsel for the defendant joins in this request.

                            Respectfully submitted,

                            RICHARD P. DONOGHUE
                            United States Attorney

              By:    /s/
                     Samuel P. Nitze
                     M. Kristin Mace
                     Keith D. Edelman
                     Assistant U.S. Attorneys
                     718-254-7000

cc:    Clerk of Court (PKC) (by ECF)
        Defense Counsel (by ECF)