# COMPOSITE EXHIBIT A

Fabio Steinberg
Rua Maitacas 170, Cond. Vila Real Itu
Itu, São Paulo, Brazil,13312-380
Fabio@steinberg.com.br
Tel. 5511.4023-3900 / 5511.99958-2000

June 22, 2019

The Honorable Pamela K. Chen
United States District Court
225 Cadman Plaza East
Brooklin, NY 11201

Dear Judge Chen:

I respectfully submit this letter in support of Jose Margulies.

I know Jose Margulies for many years, as a good and loyal friend, and as a neighbor. During the time we know each other I had many opportunities to observe his correct behavior - as a citizen, head of family, member of community, philanthropist, and religious person.

Jose Margulies has a long and fruitful managing career in show business. His company was responsible for bringing to Brazil the best world singers in his time, including Frank Sinatra. Enthusiast of sports, last years and until recently he was a dedicated professional, what is also recognized by his peers and the sports trade.

I have witnessed in the last four years how Jose is paying a disproportionate price for his business mistakes. For example, almost every one of his numerous long term "friends" and acquaintances simply vanished. Some do not even respond his calls anymore. His professional activities have abruptly and completely ceased. His natural joy for life - including socializing with people, passion for traveling, and go to nice restaurants - was seriously impaired. His mental health is affected, and he is constantly under medications. Due to his depression, he lost about 40 pounds.

I feel sorry for Jose Margulies. Currently he is a sad man, stressed and anxious, and clearly regretting for his wrong doings. Just when he is reaching the golden years of his life, he suffers for the burden inflicted not only to himself, but also to his lovely lifetime wife Nirvania, children and grandchildren.

I am personally convinced that, based on his mostly correct long trajectory, he deserves and will have a chance to get his former life back.

Sincerely,

Fabio Steinberg



CULTURA

São Paulo, 09 de Julho de 2019.

The Honorable Pamela K. Chen

United States District Court

225 Cadman Plaza East

Brooklyn, NY 11201

Dear Judge Chen.

I am writing to Your Excellency in order to give my testimony in support of José Mergulies , professionally known as José Lázaro with whom on behalf of the entities below I have had business and professional relations for a long time accomplishing with him a lot of acquisition business of the exibition rights on television ,especially in the sports field.

First of all let me introduce myself . I am a lawyer graduated by Universidade de São Paulo, having Pós Graduation in Civil law by the Pontifica Universidade Católica de São Paulo, being a Professor there for ten years. I am also a professional journalist .

As a lawyer and posteriorly as a CEO I worked for the stations as well as for radio and television netwoks in Brasil, such as Radio e Televisão Gazeta from Casper Libero Foundation, Rede Bandeirantes de Radio e Televisão and S B T- Sistema Brasileiro de Televisão, the second Brazilian network in audience as well as in advertising billing.

Currently I am the President as well as the CEO of Rádio e Televisão Cultura , a public radio and television , belonging to Fundação Padre Anchieta with national network dedicated to culture, education and information.

José Margulies and his brother Marcos had an enterprise that took care of the interests of sports entities, sporting clubs as well as other enterprises that had sports rights to be transferred to radio and TV stations. They also have acted in the arts fields representing several music and theater professionals , such as Elis Regina and Roberto Carlos, two of the biggest names of the Brazilian music.



CULTURA

On behalf of the stations and networks for whose I worked for many tournaments and games were acquired  from the Margulies brothers ,always in the highest professional

entrepreneurial  and commercial level having all agreements and contracts being fullfilled which were confirmed by José and his brother.

When I was in Rede bandeirantes for almost 25 years ,when the rights of the Italian football championship were to be sold to another Brazilian station, José Lázaro went to Rome with me to renew our agreement as for the exibition of the tournament in Brazil, making use of his good friends and professionals relations,to bring back to the enterprise  directed  by  me  such  an  important  championship.  That  because Bandeirantes on that occasion --- 1992 --- had the sport, journalism and films throughout its programming grid. José Lázaro´s actuation was decisive to resume the rights of  the almost lost tournament.

Over the decades it has always been so.

José as well as his brother Marcos were always present in the programming of the Brazilian stations bringing good sporting as well as cultural contents, always fullfilling what was confirmed and said.

I am at Your Excellency`s disposal to eventual other information about José Margulies a professional I consider and regard with respect.


Yours very truly,

**José Roberto H. Maluf**
**President**

Luiz Felipe Scolari

Sociedade Esportiva Palmeiras' Head Coach

Brazil, São Paulo, July 5th, 2019

The Honorable Pamela K. Chen

United States District Court

225 Cadman Plaza East

Brooklyn, NY 11201

Dear Mrs. Judge Chen:

I respectfully submit this letter in support of Mr. Jose Margulies ("Mr. Jose"), a great friend that I made in the world of football and that I have known for about 25 years, almost of my entire career as a head coach in the main clubs and national teams from Brazil and abroad.

On the professional side, Mr. Jose always help me and help the clubs within the international relations, he worked proactively and transparently so that he could reach the best solution to the problems and situations presented. His services had repeatedly been a valuable resource for me and clubs to relied on when making decisions.

After a numerous professional contacts, me and Mr. Jose made us close friends, including I could know better his family, which I have a great admiration and respect for them.

In the face of these long years as a friend, Mr. Jose always seen to be a great father for his kids, being that he always directed them to act in the correct way and to manage their lives with fairness.

On a final note, in all the moments when we were together, Mr. Jose acts as great man who always tried to do the right thing for his friends and family.

I hope the above has been of assistance and avail myself for any clarification deemed necessary.

Sincerely,

Luiz Felipe Scolari



São Paulo, 01 de julho de 2019

The Honorable Pamela K. Chen

United States District Court

225 Cadman Plaza East

Brooklyn , NY 11201

Dear Judge Chen,

Respeitosamente, escrevo essa carta em apoio à José Margulies.

Quero informar à Ilustre magistrada que o conheço há décadas.

Ele sempre teve uma atuação destacada e competente nas funções que exerceu como produtor/agente/organizador de eventos artísticos e esportivos.

José Margulies, ao longo do tempo, nunca agiu apenas como profissional.

É uma pessoa de fácil relação, amigo de todas as horas, preocupado em respeitar todas as pessoas e situações.

O tempo permitiu que fosse possível conhecê-lo como pessoa.

Pai exemplar, orientador permanente dos filhos, atento à formação moral e intelectual desses jovens que são a grande razão da sua vida.

Sempre provocou em mim uma admiração especial, pelo orgulho demonstrado por ele ao saber das conquistas profissionais dos seus filhos.

O esforço "dos garotos" sempre foi a sua grande emoção.

Recuando muitos anos no tempo, tivemos uma ótima e vitoriosa relação comercial.

Ele como empresário de alguns dos maiores artistas brasileiros e eu dirigindo uma emissora de televisão.

As coisas mudaram ao longo da vida.

O seu trabalho com os artistas terminou e eu também não tenho mais a emissora de TV.

Essa é uma história de décadas.

Mesmo assim, a amizade permaneceu.

www.jovempan.com.br   Tels: (11) 2870-9700 - 2870-9750
Radio Panamericana S/A
AV. Paulista, 807 - 24º andar
Bela Vista – São Paulo – SP



Hoje, dirijo a principal emissora de rádio do Brasil.

Ele continuou trabalhando muito e cuidando da família.

Sempre fez questão de revelar a sua preocupação para saber "como estão as coisas... e a vida. E a família... vamos nos encontrar... almoçar... contar histórias...".

O homem (e meu amigo) José Marguilies é uma pessoa que tem meu respeito e carinho.

Sei pelas informações que a Ilustre Magistrada é vista como justa, competente e sensível.

Depois da condenação, tenho encontrado com um homem triste, abatido, envelhecido.

Confesso que pensar nele numa prisão é assustador.

Conheço a história dele como homem e profissional.

Como seu amigo - e imagino que muitos outros pensem assim - tenho sofrido com esse período difícil que ele tem enfrentado.

É fácil observar o abalo que atingiu a mulher e os filhos.

Tudo mudou.

A mudança de residência... e a turbulência que atingiu todos os aspectos da vida.

Para mim não foi difícil falar um pouco sobre ele.

Com a forte esperança de vê-lo superar esse obstáculo, já com o corpo cansado.

Saudações.

MARCELO LEOPOLDO E SILVA DE CARVALHO

RÁDIO PANAMERICANA/JOVEM PAN/ BRASIL

www.jovempan.com.br   Tels: (11) 2870-9700 - 2870-9750
Radio Panamericana S/A
AV. Paulista, 807 - 24º andar
Bela Vista - São Paulo - SP

[LOGO]

Dear Judge Chen,

I respectfully submit this letter in support of Jose Margulies.

I want to inform the Illustrious Judge that I've known him for decades.

He always had an outstanding and competent performance in his functions as producer/agent/organizer of artistic and sporting events.

Over time, Jose Margulies has always acted professionally.

He is an easy-going person, an unconditional friend. He cared about respecting all people and situations.

Time allowed me to know him as a person.

Exemplary father, permanent advisor to his children. He cared about the moral and intellectual education of these young ones, who are the biggest reason of his life.

He always caused a special admiration because of the pride he showed when knowing about his children's professional achievements.

The effort of "the kids" always was his biggest excitement.

Going back many years in time, we had a great and victorious commercial relationship.

He as the businessman of some of the biggest Brazilian artists and I running a TV station.

Things have changed throughout life.

He stopped working with artists and I don't have a TV station anymore.

That story is from decades ago.

However, the friendship remained.

[LOGO]

I currently run the main radio station in Brazil.

He continued working a lot and taking care of the family.

He would always find a way to express his concern to know "how things and life are going. And the family... Let's meet up... have lunch... tell stories..."

The man, my friend, Jose Margulies is a person that has my respect and love.

Based on the information that I have, the Illustrious Judge is seen as fair, competent, and sensitive.

After the conviction, I've found a sad, downhearted, aged man.

I confess that think about him being in a prison is scary.

I know his story as a man and a professional.

As his friend -and I guess many more think like this- I've suffered during this difficult time he has faced.

It's easy to see the shock that reached the wife and children.

Everything changed.

The change of residence... and the turbulence that hit all aspects of his life.

For me, it wasn't difficult to talk a little about him.

I have great hope of seeing him overcome this obstacle, with an already tired body.

Regards,


[signature]

MARCELO LEOPOLDO E SILVA DE CARVALHO

RÁDIO PANAMERICANA/JOVEM PAN/BRASIL

Tel: (11) 2870-9700 – 2870-9750
Radio Panamericana S/A
AV. Paulista, 807 – 24° andar
Vela Vista – Sao Paulo – SP



## CERTIFICATE OF ACCURACY

      I, **María R. Arias**, with U.S. Legal Support, Inc., declare that I have provided Translation Services executed on this 27th day of November of 2019.

      Furthermore, I declare that I am a translator for ***English and Portuguese*** languages and that I am competent to translate between those two languages.

      I hereby certify that I have translated the attached document into English to the best of my knowledge and ability and believe this translation to be a true, accurate and complete translation of the original file provided to me with title:

*"Carta Marcelo de Carvalho"*                        *No. of Pages: 02*
*(1 pdf file)*

Sincerely,


*María R. Arias*                        *11/27/2019*
-----------------------------------       -----------------------------------
Maria R. Arias                               Date
Professional Translator

Miriam Benayoun
Praça Padre Miguel 93
Itu, São Paulo, Brazil
13300-169


July 4, 2019

The Honorable Pamela K. Chen
United States District Court
225 Cadman Plaza East
Brooklin, NY 11201

Dear Judge Chen:

I respectfully submit this letter in support of Jose Margulies.

I'm 81 years old lady, born in Sao Paulo, Brazil, daughter of Russian Jews
that arrived this country in 1920 with no money, no language but
hardworking people. I have two sons, 7 grandchildren, 4
greatgrandchildren, all of them American citizens living in NY and Florida.

In mid 1960s our Brazilian family immigrated to the USA where my husband
had his family. He too was an American citizen.

In the 80s we returned to Brazil and established ourselves as stained-glass
maker for over 30 years.

I live by myself in Itu, a small town 74 km away from Sao Paulo.

We met Jose Margulies and his wife Nirvania around 2000 and since then
they became dear friends.

In 2000 I found a NGO dedicated to free classical musical education to
children from low income families, aiming music as a professional
alternative. Since then I could always count with Jose and Nirvania
Margulies for support with donations and interacting with the school.

Today the school has over 100 students, 9 teachers counting only with
business and private donations and no government grant. The Margulies as
philanthropists have been helping us for the past 19 years. During winter
vacation in July when we have the "string master classes", now in its 8th
edition, they host 8 to 10 teachers in their home.

When my husband died (I was married for 52 good years) Jose and Nirvania
were there for me. They are both good, generous people, and deserve a
quiet and healthy life in their final years surrounded by their loving family.

Sincerely,

Miriam Benayoun
Social Security #
061 - 44 - 3990

Eu, Jorge David Margulies, Advogado, domiciliado na Rua São Vicente de Paulo, 456 apto.161, Santa Cecília, CEP 01229-010, São Paulo – SP, Brazil

The Honorable Judge Pamela K. Chen

Venho a presença de Vossa Excelência prestar esclarecimentos quanto aos antecedentes do Sr. José Natalio Margulies.

O Sr. José Margulies é meu tio, o qual é o filho mais novo de uma família de imigrantes judeus oriundos da Polônia, que emigraram para a Argentina, fugindo da perseguição Nazista, que dizimou praticamente toda a família materna e paterna do Sr. Margulies.

Após anos difíceis na Argentina, a família Margulies veio tentar a sorte no Brasil, imigrando para este País seus pais, assim como, seus irmãos mais velhos Marcos e Gregorio, meu pai, suas respectivas esposas e filhos.

Estando no Brasil, há pouco tempo, uma nova fatalidade lhe acomete, seu Pai Jaime falece de câncer, e o Sr. José filho menor e solteiro, muito zeloso se incumbe de cuidar de sua mãe que era cega com problemas de mobilidade.

Tal situação fez com que o Sr. José demorasse para se casar pois não fugia as suas obrigações de filho zeloso e preocupado que residia com sua mãe.

O Sr. José vive casado com Nirvania desde julho de 1978, e só foi possível, porque esta, dividiu com ele durante seu namoro e casamento, as preocupações de cuidar de sua mãe que veio a falecer em 02/1979.

José em sua atividade profissional, foi sócio de seu irmão Marcos Lázaro, falecido em 2003, por 40 anos e juntos, foram responsáveis pelo lançamento e sucesso profissional de diversos artistas de renome destacando-se Roberto Carlos e Elis Regina, dentre muitos outros. 

Eu como seu sobrinho convivi muito com ele, sempre me deu muita atenção, carinho sendo muito próximo de mim, me levava passear, viajar juntamente com sua namorada e depois esposa, e posteriormente com seus filhos.

Por outro lado, Ele me deu muitos ensinamentos de como se deve dar atenção a pais, filhos, irmãos, ou seja, meu tio me ensinou muitos valores morais e éticos que passei para minha filha, que também é advogada.

Ele sempre ajudou muitas pessoas, amigos em dificuldade, como também, fez muita caridade para instituições judaicas e não judaicas.

Sempre foi uma pessoa com correção moral, integridade e com reputação ilibada até que se deflagrou a presente ação penal.

Com o advento deste processo, o Sr. José que sempre foi um homem altivo, empreendedor e otimista, envelheceu 20 anos em 5.

Fica evidenciado, seu arrependimento quanto as acusações que lhe foram imputadas, razão pela qual, ofereceu-se com presteza para colaborar com esta Corte.

Talvez, por não ser cidadão norte americano, não teve dimensão da gravidade dos fatos dos quais foi acusado, pois aqui no Brasil tais fatos não são tipos penais.

Eu o conheço profundamente, e vejo amargura em sua expressão e não mais a expressão alegre e otimista que sempre foi sua marca.

Hoje aos 80 anos, é um ancião que carrega sua cruz, já excessivamente pesada em razão da idade, temendo por seu futuro incerto, que tem abalado sua saúde, causando-lhe muito sofrimento.

Estas breves considerações que faço acerca do Sr. José Margulies são fruto da longa convivência de 55 anos que tenho com ele, e nesse sentido, coloco-me a disposição desta Corte para poder prestar informações que se façam necessárias acerca do caráter ou qualquer outra informação que possa ser útil para colaborar com este processo.

São Paulo, 31 de outubro de 2019

**JORGE DAVID MARGULIES**

Jorge David Margulies, Lawyer, domiciled in Rua São Vicente de Paulo, 456 apt.161, Santa Cecilia, CEP 01229-010, Sao Paulo – SP, Brazil

The Honorable Judge Pamela K. Chen

I come to your presence to provide clarification regarding the background of Mr. Jose Natalio Margulies.

Mr. Jose Margulies is my uncle. He's the youngest son of a Jewish migrant family from Poland that emigrated to Argentina, escaping the Nazi persecution that practically decimated all the maternal and paternal family of Mr. Margulies.

After some difficult years in Argentina, the Margulies family came to Brazil to try their luck. So, his parents, along with his older brothers, Marcos and Gregorio, who is my father, their wives and children, came to this country.

Shortly after they got to Brazil, a new fatality affected him. His father, Jaime, died from cancer. Mr. Jose, the single and youngest son, dutifully started taking care of his mother who was blind and had mobility problems.

Such situations made Mr. Jose take more time to get married since he did not escape his obligations as a dutiful and caring son who lived with his mother.

Mr. Jose started living as a married man with Nirvania in June 1978, and this was possible only because she divided the tasks of taking care of his mother with him during their time dating and after they got married. His mother died in 02/1979.

In the professional field, Jose had a partnership for 40 years with his brother Marcos Lazaro, who died in 2003. They were both responsible for the launching and professional success of renowned artists like Roberto Carlos and Elis Regina, among others.

As his nephew, I interacted a lot with him. He always gave me a lot of attention and love, he was close to me. He would take me to day excursions, trips with his girlfriend who would later be his wife, and later with his children.

He also taught me a lot regarding how to take care of our parents, children, siblings. I mean, my uncle taught me several moral and ethical values, which I passed on to my daughter who is also a lawyer.

He always helped a lot of people and friends with problems. He also did a lot of charity for Jewish and non-Jewish institutions.

[initials]

He was always a person with moral correctness, integrity, and an excellent reputation until this criminal prosecution started.

Because of this process, Mr. Jose who was always perky, entrepreneurial and optimistic, aged 20 years in 5.

His regret is evident as to the accusations imputed to him, that's why he offered to promptly help this Court.

Perhaps, because he is not an American citizen, he was not aware of the gravity of the facts of which he was accused of. Here in Brazil, those facts are not of a criminal type.

I know him deeply and I see suffering in his expression. The joyful and optimistic expression that has always been his mark is gone.

Nowadays, at 80 years old, he's an elder who grins and bears it, but that's too much for him because of his age. His unknown future has affected his health and has caused him a lot of suffering.

These brief remarks that I make regarding Mr. Jose Margulies are the result of a long coexistence of 55 years with him. Therefore, I'm at the disposal of this Court to provide the required information regarding his character or any other information that can be useful to collaborate with this process.

Sao Paulo, October 31, 2019

[signature]
JORGE DAVID MARGULIES



# CERTIFICATE OF ACCURACY

I, **María R. Arias**, with U.S. Legal Support, Inc., declare that I have provided Translation Services executed on this 27th day of November of 2019.

Furthermore, I declare that I am a  translator for **English and Portuguese** languages and that I am competent to translate between those two languages.

I hereby certify that I have translated the attached document into English to the best of my knowledge and ability and believe this translation to be a true, accurate and complete translation of the original file provided to me with title:

*"Carta para a Corte Americana"*                           *No. of Pages: 02*
*(1 pdf file)*

Sincerely,

*María R. Arias*
---------------------------------------
Maria R. Arias
Professional Translator

11/27/2019
----------------------------------
Date

Elis Regina Margulies
Rua Emanuel Kant, 25.
Jardim Europa - Cep 04536-050
São Paulo – SP – Brasil
elis@eventosmp.com.br
Tel +55 11 982610444

Outubro 30, 2019

The Honorable Pamela K. Chen
United States District Court
225 Cadman Plaza East
Brooklin, NY 11201

Dear Judge Chen:

I respectfully submit this latter in support of Jose Margulies

Primeiramente me chamo Elis Regina Margulies, tenho 33 anos, brasileira e sou filha do José Natalio Margulies e Nirvania Margulies, sou formada e hoje trabalho em minha própria empresa que tenho em sociedade com meu futuro marido, atuamos na área de eventos.

O José sempre foi um espelho de pessoa para mim, um homem que sempre procurou viver de forma digna com os valores que acredita serem corretos, e esses valores passou para mim. Ele sempre valorizou muito a família, em estar sempre por perto de todos e sempre disposto a ajudar todos os que lhe cercam. Um homem muito atencioso e amoroso.

Hoje sou muito grata à ele por tudo que me proporcionou, educação, formação moral, formação de caráter e também a formação escolar e profissional. Sou uma mulher preste a formar a minha família graças a base que me foi dada por ele.

Ele sempre foi uma pessoa ativa, tanto na vida profissional como na vida social, um homem com o astral lá em cima, com um sorriso no rosto e algo positivo para lhe falar, uma companhia excelente, sempre disposto a ajudar o próximo.

Depois de sua condenação, vejo um pai abalado, abatido e sensível, ele perdeu muito peso e o sorriso que era a marca dele que já não esta mais presente, ele tenta se mostrar forte para mim como para minha mãe e irmão, mas sei que esta sofrendo pois com a mudança de vida ele teve que se mudar para outa cidade e com isso ficou longe dos filhos e das netas que são tudo que ele sempre quis esta por perto, também sofre muito por não estar mais trabalhando que era o que também dava vida a ele, o que mantia ativo.

Para velo ter momentos que lhe tragam alegria eu e meu irmão juntamente com meu noivo, minha cunha e minhas sobrinhas sempre que possível vamos para

casa dele passar os finais de semana para que ele fique próximo de nos como sempre quer estar e poder acompanhar o crescimento das netas e de sua família. Assim tentamos diminuir os momentos que lhe deixa triste e pelo menos tirar alguns sorrisos dele.

Falar dele pra mim é fácil porem difícil ao mesmo tempo, pois como falei anteriormente ele sempre foi um grande homem que não tenho o que falar. Ao contrario dos que os outros amigos escreveram, essa é minha visão de José como pai.

Sincerely,

Elis Regina Margulies

Elis Regina Margulies
Rua Emanuel Kant, 25.
Jardim Europa – Cep 04536-050
São Paulo – SP – Brasil
elis@eventosmp.com.br
Tel: +55 11 982610444

October 30, 2019

The Honorable Pamela K. Chen
United States District Court
225 Cadman Plaza East
Brooklyn, NY, 11201

Dear Judge Chen:

I respectfully submit this letter in support of Jose Margulies.

Firstly, my name is Elis Regina Margulis, I'm 33 years old, I'm Brazilian, and my parents are Jose Natalio Margulies and Nirvania Margulies. I'm a graduate and I currently work on my own business, which is a partnership with my future husband, working in the event planning business.

Jose has always been a role model for me, a man who has always tried to live graciously with the values he believes are correct, and which he passed on to me. He always cherished family, being close to everyone, and willing to help everyone around him. A very caring and loving man.

Nowadays, I'm grateful for him, for everything he gave me, education, moral education, character education, and also school and university education. I'm a woman who's about to start a family thanks to the principles I received from him.

He was always an active person, professionally and socially, a man with a good disposition, with a smile in the face and something positive to tell you, an excellent company, always willing to help everyone.

After his conviction, I see my father shaken, downhearted, and sensitive. He lost a lot of weight and his smile, which was his mark, is no longer present. He tries to show that he's being strong for me, my mother and my brother, but I know he's suffering due to the change he had in his life, which implied moving to another city and being apart from his children and grandchildren who are all he ever wanted to be close to. He's also suffering a lot because he's not working anymore, that gave him life and kept him active.

In order to see him having moments that bring him joy, my brother and I, along with my fiancé, sister-in-law and nieces, go to his house to spend the weekends as much as we can. That

way he is close to us and gets to be part of the growth of his granddaughters and family. Thereby, we try to reduce the moments that make him sad and, at least, get some smiles from him.

For me, talking about him is easy yet difficult at the same time. As I previously mentioned, he always was a great man and I have nothing else to say. Unlike what other friends wrote, that's how I see Jose as a father.

Sincerely,

[signature]
Elis Regina Margulies



# CERTIFICATE OF ACCURACY

I, **María R. Arias**, with U.S. Legal Support, Inc., declare that I have provided Translation Services executed on this 27th day of November of 2019.

Furthermore, I declare that I am a translator for ***English and Portuguese*** languages and that I am competent to translate between those two languages.

I hereby certify that I have translated the attached document into English to the best of my knowledge and ability and believe this translation to be a true, accurate and complete translation of the original file provided to me with title:

*"Jose N Margulies"*                                            *No. of Pages: 02*
*(1 pdf file)*

Sincerely,

*María R. Arias*                                            11/27/2019
-------------------------------------                      ----------------------------------
Maria R. Arias                                                          Date
Professional Translator

Claudio Fabian Margulies
Rua Dr. Melo Alves, 604 – São Paulo – SP - Brazil

November 4th, 2019

The Honorable Pamela K. Chen
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Chen,

I submit this letter in support of José Margulies, my father. I am following Jose´s case since the beginning and I am aware of all the process.

Jose is a family guy, who turned 80 years old and has been married to my mother for more than 40 years. Jose and his brother, Marcos, ran a business for years and most of his employees worked with them for more than 30 years. Since the beginning of US DoJ case he had to lay off all of his employees, leaving several people without support, especially with Brazil going through a severe financial crisis. With all this situation Jose turned from a very energetic person to a depressed and sad old man.

During his whole life Jose has been dedicated to charity dedicating time and funds to several institutions. Personally he helps several institutions such as Friends for Felicity project, Beit Chabad Synagogue, "Lar dos Artistas", Unibes, Albert Einstein Hospital and others.  Even with financial limitations, Jose still helps the society and now supports an organization who teaches classical music to poor kids in the city where he lives.

Since the beginning of th process in 2015 it has been very difficult for Jose and his wife to support his financial needs he had to sell his apartment in São Paulo, where he used to live and move to the country side, where he lives a simple and humble life. This situation made him being away from his closest family, including his two granddaughters

Jose tried to be an example to his family and society during all his life, even though he had committed some errors he always tried to made the right choices. I am sure he is sorry and very regretful for his mistakes and acts and knows what he made wrong. Jose decided to go to US and solve his problems even with several local lawyers saying that he should avoid the trip as he was risking his liberty, Jose decided to travel to US to discuss his problems and cooperate with the American justice. During his whole life he always avoid to solve his problems and never hide from nothing and he decided that this time would not be different.

I strongly believe Jose already gone through great suffering during the last 54 months. He has cooperated with the American government, has fulfilled every single line of his agreement



with the American justice, which prevented him to be part of several important occasions such as two close friends' funerals and the birth of his youngest granddaughter.

I would like to thank the honorable judge for reading this letter and considering it before deciding on Jose's sentence and I am at your disposal for further information you might need.

Yours sincerely,

_____

Claudio Fabian Margulies
+5511 981124442
cfabian@terra.com.br



**ASSOCIAÇÃO ISRAELITA DE BENEFICÊNCIA BEIT CHABAD DO BRASIL**

**Presidente**
Dr. Mauro Zaitz

**Vice-presidente**
Sr. Daniel Citron

**Tesoureiro**
Dr. Kenneth Basch

**Diretor**
Rab. Shabsi Alpern

**Vice-diretor**
Rab. Yossi Alpern

**Rabinato**
Rab. Shamai Ende

**Estudos**
Rab. Avraham Steinmetz

**Comunidade**
Rab. Daniel Eskinazi
Dov Pomeroy

**Colel**
Rab. Dubi Nurkin
Rab. Eli Stiefelmann

**Internet**
Daisy T. Maltz

**Divisão Feminina**
Sarah Steinmetz
Chana Slonim

**Projeto Felicidade**
Flávia Bochernitsan

**Lev**
Yael Tavlin Alpern

**Ed. Adelia e Joseph Nigri**
R. Dr. Melo Alves, 580
S. Paulo SP 01417-010
Brasil

Telefone: (11) 3081-3081
Fax: (11) 3060-9778
E-mail: chabad@chabad.org.br
Site: www.beitchabad.org.br
Utilidade púb. federal - dec.
lei n° 86.871 de 25/01/1982
CNPJ: 60.622.073/0001-47

Rabbi Sheppie Alpern
Rua Chabad, 54 - 01417-010
S.Paulo, SP, Brazil

June, 27, 2019

The Honorable Pamela K. Chen
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Chen:
I respectfully submit this letter in support of Jose Margulies. I'm an American who has been living in Brazil and serving as a Rabbi since July 19, 1961.

I have known Jose for over forty years, first as a neighbor and who then turned into a good friend.

Jose is a man with a really good heart who always would answer our appeals for financial help and specially the Friends for Felicity Project which cares for very poor Brazilian kids who also have cancer.

I feel I see his emotions when he helps these kids. I see a man of eighty years old, in addition to a diabetes condition, who is sincerely regretting all that he has done.

I hope and pray that this court will consider the above.

Sincerely,

Rabbi Sheppie Alpern
Head of the Congregation Beit Chabad of Brazil

**Sempre a seu lado**
**Desde 1973**

Mariana Cahen Margulies
Rua Doutor Melo Alves, 604 – São Paulo – Brazil

November 1st, 2019

The Honorable Pamela K. Chen
United States District Court
Brooklyn, NY, 11201

Dear Judge Chen,

My name is Mariana Cahen Margulies and I am married to Claudio Margulies – Mr Jose´s only son. Claudio and I have two daughters (6 and 2 years old), who are the only beloved granddaughters of Mr Jose.

I have known Jose for the last 14 years and I can confirm he is a very decent and honest person, who cares for the ones around him and has always assisted his loved ones in whichever way possible.

His attitudes in life have always been driven by ethical behavior and he was not aware of the gravity of the situation until it came to public attention. Since 2015, Jose is a sad person, much different from the father in Law I had known for years. His health situation – Jose is now 80 years old - has also worsened with depression and more severe diabetes.

I have heard him saying several times how much he deeply regrets his wrongdoings and would do anything possible to have his heart and mind back to peace.

The forgiveness of his wrongdoings by this court will be key for him to live in peace for his remainder years of life, with the love of his family.

I hope that you can consider the above on your decision and I am at your disposal for any further clarifications you might need,

Yours sincerely,

Mariana Cahen Margulies