

U.S. Department of Justice

United States Attorney
Eastern District of New York

SPN/MKM/KDE
F. #2015R00757

271 Cadman Plaza East
Brooklyn, New York 11201

July 20, 2020

<u>By ECF and E-mail</u>

The Honorable Pamela K. Chen
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:   <u>United States v. José Margulies
            Criminal Docket No. 15-252 (PKC)</u>

Dear Judge Chen:

      At the defendant José Margulies's sentencing on January 21, 2020, the government, with the consent of the defendant as well as FIFA, CONMEBOL and CONCACAF (the "Victims"), requested that the Court stay any determination of possible restitution owed by the defendant given other means by which the Victims might be compensated for their losses, which request the Court granted.[1] On April 20, 2020, the government informed the Court that it continued to pursue with the Victims such possible avenues for them to be compensated, and therefore the Court continued to stay any restitution determination until July 20, 2020.

      Accordingly, the government writes to inform the Court that it continues to make progress evaluating alternative means of reimbursing the Victims for their losses. Therefore, the government, with the consent of the defendant and the Victims, requests that the Court continue to stay any restitution determination as to the defendant until October 20, 2020, by which time the government will provide another update to the Court. Should there be additional developments before then, the government will so inform the Court. The government respectfully submits that this request is consistent with the Court's order staying

---

[1] The decision to grant remission or restoration lies within the sole and exclusive discretion of the Attorney General and his designees at the Money Laundering and Asset Recovery Section.

The Honorable Pamela K. Chen
July 20, 2020
Page 2

the restitution payments previously ordered as to other defendants and the Second Circuit's order staying the appeals of restitution orders as to the defendants Eduardo Li and Brayan Jiménez.

In light of the foregoing, the government respectfully requests that the Court stay any restitution determination as to the defendant until October 20, 2020.

Respectfully submitted,

SETH D. DUCHARME
Acting United States Attorney

By:  /s/
Samuel P. Nitze
M. Kristin Mace
Keith D. Edelman
Assistant U.S. Attorneys
718-254-7000

cc:   Clerk of Court (PKC) (by ECF)
   Defense Counsel (by ECF)